JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD HOMES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>W.L. MONTGOMERY, Warden,<br><br>　　　　Respondent. | CASE NO. 2:18-cv-07331-R (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition as Untimely, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are dismissed with prejudice.

DATED: October 12, 2018

　　　　　　　　　　　　　　　　　　　　　　HON. MANUEL L. REAL
　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE